# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Juan Ochoa, | Case No.: 1:11-cv-1427-SEB-DKL |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Valentine & Kebartas, Inc., | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

MACEY BANKRUPTCY LAW, P.C.

By:  /s/ Nicholas J. Prola
    Nicholas J. Prola
    Macey Bankruptcy Law, P.C.
    233 S. Wacker, Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    nprola@maceybankruptcylaw.com
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2012, a copy of the foregoing Notice was filed electronically.  Notice of this filing was sent by placing a copy of the same in the U.S. Mail on March 15, 2012, addressed as follows:

Valentine & Kebartas, Inc.  
15 Union Street  
Lawrence, MA 01840

                                            */s/ Nicholas J. Prola*