Acknowledged.
Date: 03/21/2012

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| Juan Ochoa,<br><br>        Plaintiff,<br><br>v.<br><br>Valentine & Kebartas, Inc.,<br><br>        Defendant. | Case No.: 1:11-cv-1427-SEB-DKL<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

MACEY BANKRUPTCY LAW, P.C.

By: _/s/ Nicholas J. Prola_____
    Nicholas J. Prola
    Macey Bankruptcy Law, P.C.
    233 S. Wacker, Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    nprola@maceybankruptcylaw.com
    Attorneys for Plaintiff

Copies to:

Electronically registered
counsel of record

1